UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **CLAY KEYS** | **DOCKET NO. 2:25-cv-01706** |
| **REG. # 22458-017** | **SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **PAMELA J. BONDI** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all pending motions are **DENIED** as **MOOT.**

**THUS DONE AND SIGNED** in chambers this 25th day of February, 2026.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE